UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALVIN HENRY WHITESIDE<br>Defendant. | Case No. MJ09-18<br><br>DETENTION ORDER |

Offenses charged:

Count 1: Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1)

Date of Detention Hearing: February 17, 2009.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) The evidence against defendant is strong. Defendant admitted he should not have firearms but kept at least one for his own protection from his "enemies."

(2) Just months before the arrest in this matter, defendant was found guilty of possession of a firearm, in violation of his supervision.

(3) Defendant has a lengthy criminal history.

(4) Defendant has multiple failures to appear and supervision violations.

(5) Defendant has on-going substance abuse problems.

(6) Defendant is associated with multiple names and dates of birth.

(7) There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 17th day of February, 2009.

James P. Donohue

JAMES P. DONOHUE
United States Magistrate Judge